UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| **URSULA NEWELL-DAVIS, et al.,** | Civil Action No. 2:21-cv-00049-NJB-JVM |
| **Plaintiffs,** | |
| v. | |
| **COURTNEY N. PHILLIPS, in her official capacity as Secretary of the Louisiana Department of Health, et al.,** | |
| **Defendants.** | |

---

## JOINT STATUS REPORT

1. Plaintiffs: Ursula Newell-Davis and Sivad Home and Community Services, LLC.

   Plaintiffs' counsel: Anastasia Boden and Mollie Riddle.

   Defendants: Courtney N. Phillips, in her official capacity as Secretary of the Louisiana Department of Health; Ruth Johnson, in her official capacity as Undersecretary of the Louisiana Department of Health; Julie Foster Hagan, in her official capacity as Assistant Secretary of the Louisiana Department of Health's Office for Citizens with Developmental Disabilities; Cecile Castello, in her official capacity as Health Standards Section Director of the Louisiana Department of Health; and Dasiny Davis, in her official capacity as Facility Need Review Program Manager of the Louisiana Department of Health.

   Defendants' counsel: Shae McPhee, Neal R. Elliott, Kimberly L. Sullivan, Kimberly L. Humbles, Stephen R. Russo.

2. Pending motions: Defendants' Motion to Dismiss was submitted for decision on March 31, 2021. Oral argument was not requested and will not be requested. No evidentiary hearing is expected to be needed.

3. Scheduling Conference: March 17, 2021
   Pretrial Conference: November 10, 2021
   Bench Trial: November 29, 2021

   This is a non-jury case. Trial is expected to be three days.

4. Plaintiffs challenge Louisiana's Facility Need Review (FNR) requirement for home and community-based services providers. To obtain FNR approval, applicants must prove that their proposed service is "needed." Plaintiffs contend that the FNR requirement is a violation of the Due Process, Equal Protection, and Privileges or Immunities Clauses of the Fourteenth Amendment to the U.S. Constitution as well as a violation of the Due Process and Equal Protection provisions of the Louisiana Constitution.

5. Initial disclosures have been exchanged and Plaintiffs' first set of interrogatories and requests for production of documents were sent on April 9, 2021. Remaining discovery will include additional sets of interrogatories and requests for production of documents as well as requests for admission, depositions, and expert disclosures, reports, and depositions (if any).

6. No settlement negotiations are underway. Settlement is unlikely in this case.

DATED: April 30, 2021.

Respectfully submitted,

SARAH R. HARBISON
Pelican Institute
400 Poydras Street, Suite 900
New Orleans, LA 70130
Tel: (504) 500-0506
sarah@pelicaninstitute.org
LA Bar Reg. No. 31948

/s/ *Mollie W. Riddle*
MOLLIE W. RIDDLE*
Cal. Bar No. 322970
ANASTASIA P. BODEN*
Cal. Bar No. 281911
PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA, 95814
Tel: (916) 419-7111
MRiddle@pacificlegal.org
ABoden@pacificlegal.org

*Pro Hac Vice*

Respectfully submitted,

/s/ *Neal R. Elliott, Jr.*
Neal R. Elliott, Jr. (#24084)
Kimberly L. Sullivan (#27540)
Kimberly L. Humbles (#24465)
Stephen R. Russo (#23284)
LOUISIANA DEPARTMENT OF HEALTH
628 N. 4th Street
P.O. Box 3836
Baton Rouge, Louisiana 70821-3836
Telephone: (225) 342-1128
Facsimile: (225) 342-2232
Email: Neal.Elliott@la.gov
        Kimberly.Sullivan@la.gov
        Kimberly.Humbles@la.gov
        Stephen.Russo@la.gov

/s/ *Shae McPhee*
Elizabeth B. Murrill (#20685)
  Solicitor General
Shae McPhee (#38565)
  Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
909 Poydras Street, Suite 1850
New Orleans, Louisiana 70112
Telephone: (225) 938-0779
Email: mcphees@ag.louisiana.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by electronic service through the Court's CM/ECF system on April 30, 2021, to all counsel of record.

/s/ *Mollie W. Riddle*
MOLLIE W. RIDDLE*