UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **URSULA NEWELL-DAVIS et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-49** |
| **COURTNEY N. PHILLIPS et al.** | **SECTION: "G"** |

## ORDER

Considering the ongoing impacts of Hurricane Ida on the region and the recent surge in the Delta variant of COVID-19,

**IT IS HEREBY ORDERED** that the status conference scheduled for Tuesday, September 28, 2021 at 2:00 PM will proceed via videoconference. Counsel will receive a Zoom link from chambers. Only counsel of record may appear at the pretrial conference.

**IT IS FURTHER ORDERED** that each person granted remote access to the status conference conducted by Zoom must abide by the general prohibition against photographing, recording, and rebroadcasting of court proceedings.

**NEW ORLEANS, LOUISIANA,** this  22nd  day of September, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

1