UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **URSULA NEWELL-DAVIS, et al.,** | Civil Action No. 2:21-cv-00049-NJB-JVM |
| **Plaintiffs,** | |
| v. | **JUDGE NANNETTE JOLIVETTE BROWN** |
| | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |
| **COURTNEY N. PHILLIPS, in her official capacity as Secretary of the Louisiana Department of Health, et al.,** | |
| **Defendants.** | |

## NOTICE OF FILING A MOTION TO SEAL

Pursuant to Local Rule 5.6, Plaintiffs Ursula Newell-Davis and Sivad Home and Community Services, LLC file this Notice of a motion to file certain documents under seal. Plaintiffs have filed or shortly will file a Motion for Summary Judgment, together with a Memorandum in Support and accompanying exhibits. Defendants have designated some of the exhibits Confidential under the Stipulated Protective Order entered by the Court (ECF No. 41). Although Plaintiffs believe that the public interest favors unsealing the exhibits, so as to comply with the Protective Order, they move for leave to file the exhibits under seal.

DATED: January 4, 2022

Respectfully submitted,

/s/ *Anastasia P. Boden*

| | |
|---|---|
| SARAH R. HARBISON<br>La. Bar Reg. No. 31948<br>Pelican Institute<br>400 Poydras Street, Suite 900<br>New Orleans, LA 70130<br>Tel: (504) 500-0506<br>sarah@pelicaninstitute.org | ANASTASIA P. BODEN* (*Trial Attorney*)<br>Cal. Bar No. 281911<br>GLENN E. ROPER*<br>Colo. Bar No. 38723<br>LAURA M. D'AGOSTINO*<br>Va. Bar No. 91556<br>PACIFIC LEGAL FOUNDATION<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Tel: (916) 419-7111<br>ABoden@pacificlegal.org<br>GERoper@pacificlegal.org<br>LD'Agostino@pacificlegal.org<br><br>**Pro Hac Vice*<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Anastasia P. Boden*
ANASTASIA P. BODEN