# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| URSULA NEWELL-DAVIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COURTNEY N. PHILLIPS, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>2:21-CV-00049-NJB-JVM |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs hereby request oral argument on their motion for summary judgment. This case involves important issues of constitutional law and Plaintiffs believe oral argument would aid the court in disposition of the case. Plaintiffs request that the Court apprise Counsel of whether oral argument is granted as soon as feasible to accommodate travel from out of state.

Dated: January 6, 2022

Respectfully submitted,

SARAH R. HARBISON
Pelican Institute
400 Poydras Street, Suite 900
New Orleans, LA 70130
Tel: (504) 500-0506
sarah@pelicaninstitute.org
LA Bar Reg. No. 31948

/s/ *Anastasia P. Boden*
ANASTASIA P. BODEN* (*Trial Attorney*)
Cal. Bar No. 281911
GLENN E. ROPER*
Colo. Bar No. 38723
LAURA M. D'AGOSTINO*
Va. Bar No. 91556
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
ABoden@pacificlegal.org
GERoper@pacificlegal.org
LD'Agostino@pacificlegal.org

**Pro Hac ViceCounsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on January 6, 2022, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

                                                   */s/ Anastasia P. Boden*
                                                   ANASTASIA P. BODEN