UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **URSULA NEWELL-DAVIS et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-49** |
| **COURTNEY N. PHILLIPS et al.** | **SECTION: "G"** |

## ORDER

On January 6, 2022, Plaintiffs filed a Motion for Summary Judgment and noticed it for submission on February 9, 2022.[1] Pursuant to Local Rule 78.1, Plaintiffs filed a Request for Oral Argument, specifically requesting that the Court determine whether it will grant oral argument so that they may make travel arrangements.[2] Defendants oppose Plaintiffs' request.[3] The Court has not yet received Defendants' opposition to the motion and, therefore, cannot determine whether oral argument would aid the Court in deciding the motion. Accordingly, the Court will defer ruling on Plaintiffs' request for oral argument. In any event, if the Court does grant oral argument, given the recent surge in the COVID-19 pandemic caused by the Omicron variant, oral argument will proceed by videoconference.

**IT IS HEREBY ORDERED** that Plaintiffs' Request for Oral Argument is **DEFERRED**.

**NEW ORLEANS, LOUISIANA**, this 7th day of January, 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 78.

[2] Rec. Doc. 79.

[3] Rec. Docs. 79, 80.