UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| URSULA NEWELL-DAVIS, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO. 21-49 |
| VERSUS | * * | SECTION: "G" (1) |
| COURTNEY N. PHILLIPS, ET AL., *Defendants* | * * * * | JUDGE NANNETTE JOLIVETTE BROWN MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER CANCELLING SETTLEMENT CONFERENCE

After reviewing settlement submissions, the Court has determined that a settlement conference would not be productive at this time. Therefore, the settlement conference set for Friday, March 11, 2022, at 1:00 p.m., is **CANCELLED.** The parties may contact the undersigned Magistrate Judge to reschedule the conference at any time.

New Orleans, Louisiana, this 8th day of March, 2022.

_____
Janis van Meerveld
United States Magistrate Judge