UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

**URSULA NEWELL-DAVIS, et al.,**

       **Plaintiffs,**

v.

**COURTNEY N. PHILLIPS, in her official capacity as Secretary of the Louisiana Department of Health, et al.,**

       **Defendants.**

Civil Action No. 2:21-cv-00049-NJB-JVM

---

## NOTICE OF APPEAL

Plaintiffs Ursula Newell-Davis and Sivad Home and Community Services, LLC, appeal to the United States Court for the Fifth Circuit from the Order entered on March 22, 2022 (ECF No. 108) granting Defendants' Motion for Summary Judgment and dismissing Plaintiffs' lawsuit.

Respectfully submitted,

SARAH R. HARBISON
Pelican Institute
400 Poydras Street, Suite 900
New Orleans, LA 70130
Tel: (504) 500-0506
sarah@pelicaninstitute.org
LA Bar Reg. No. 31948

/s/Anastasia P. Boden
ANASTASIA P. BODEN* (*Trial Attorney*)
Cal. Bar No. 281911
GLENN E. ROPER*
Colo. Bar No. 38723
LAURA M. D'AGOSTINO*
Va. Bar No. 91556
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
ABoden@pacificlegal.org
GERoper@pacificlegal.org
LD'Agostino@pacificlegal.org
**Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on April 5, 2022, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Anastasia P. Boden*
ANASTASIA P. BODEN
